SCWC-11-0000065

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

IN THE MATTER OF THE ARBITRATION BETWEEN
HAWAI'I STATE TEACHERS ASSOCIATION,
Respondent/Union-Appellant,

and

STATE OF HAWAI'I, DEPARTMENT OF EDUCATION,
Petitioner/Employer-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000065; S.P. NO. 10-1-0165)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Employer-Appellee's Application for Writ of
Certiorari, filed on December 20, 2016, is hereby accepted and
will be scheduled for oral argument.  The parties will be
notified by the appellate clerk regarding scheduling.

DATED:  Honolulu, Hawai'i, February 1, 2017.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

